## THE HOKENDAUQUA.

## THE HENRY STEERS.

(Circuit Court of Appeals, Second Circuit.   November 10, 1920.)

### Nos. 12, 13.

Appeals from the District Court of the United States for the Southern District of New York.

Suits in admiralty for collision by Anthony O'Boyle and by John Hildebrandt against the tug Hokendauqua, with the tug Henry Steers, impleaded. Decree against the Hokendauqua (270 Fed. 270), and it appeals. Affirmed.

Herbert Green, of New York City, for appellant claimant of the Hoken dauqua.

Park & Mattison, of New York City (S. Park, of New York City, of counsel), for appellee claimant of the Henry Steers.

Macklin, Brown, Purdy & Van Wyck, of New York City, for other appellees.

Before WARD and ROGERS, Circuit Judges.

PER CURIAM.   Decree affirmed.